| | AUSA: | Jason D. Norwood | Telephone: (313) 226-9587 |
|---|---|---|---|
| AO 91 (Rev. II/II) Criminal Complaint | Special Agent: | Claudia Link | Telephone: (313) 460-2087 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
**v.**
Rabih A. Hamdan

Case No.   26-30059

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2019 through September 2024___ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud. |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Claudia Link, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 5, 2026__

_Judge's signature_

City and state: _Detroit, Michigan_ _____

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

The undersigned, Claudia Link, being duly sworn, hereby deposes and states as follows:

### *Introduction and Agent Background*

1.     I make this affidavit in support of a criminal complaint charging **Rabih Hamdan** with health care fraud conspiracy, in violation of Title 18, United States Code 1349.

2.     I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI").  I am currently assigned to the health care squad at the FBI's Detroit Field Office, where I have served since 2014.  Prior to my current assignment with the health care squad, I was assigned to the FBI's complex financial crimes squad in Detroit from 2002 to 2014.  During my tenure as an SA, my duties have been to investigate federal crimes including wire fraud, bank fraud, health care fraud, and various other criminal matters.

3.     During my employment with FBI, I have participated in numerous health care fraud and financial investigations involving violations of United States federal law, including, but not limited to Title 18, United Code, Section 1347 (Health Care Fraud), Title 18, United States Code, 1349 (Conspiracy—both Health Care Fraud Conspiracy and Financial Fraud Conspiracy), Title 18, United States Code, Section 1344 (Bank Fraud), Title 18, United States Code, Section 1343 (Wire

2

Fraud), Title 18, United States Code, Sections 1956 and 1957 (Money Laundering), and Title 18, United States Code, Sections 1028 and 1028A (Identity Theft and Aggravated Identity Theft)

4.      I am presently involved in overt and covert fraud investigations.  As part of the fraud investigations, I am familiar with and have participated in the normal methods of investigation, including but not limited to the review and analysis of voluminous records, undercover operations, surveillance, the questioning of witnesses, use of subpoenas, use of search and arrest warrants, electronic intercepts, and management and use of informants.

5.      I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I am empowered to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code.

6.      This affidavit is made for the purpose of establishing probable cause for a criminal complaint  against **Rabih Hamdan** for the crime of  health care fraud conspiracy, as set forth below, in violation of 18 U.S.C. § 1349, which makes it unlawful for any person to attempt or conspire to commit health care fraud.

7.      This affidavit is submitted for the purpose of establishing probable cause for a criminal complaint against **Rabih Hamdan** for the crime of health care fraud conspiracy, as set forth below, and does not include all of my knowledge on

this matter. The following information is based on my personal knowledge, the knowledge of FBI agents, and agents of the Department of Health and Human Services, Office of the Inspector General, and other law enforcement, written reports, personal review of information, and information received from other law enforcement agencies.

### *Defendant and Medex Pharmacy*

8.      **Rabih Hamdan** (DoB: XX/XX/1975) is a resident of Dearborn Heights, Michigan, and was the owner of Medex Pharmacy ("Medex") from August of 2011, until its closure on September 27, 2024.

9.      According to Articles of Organization filed with the Michigan Department of Licensing and Regulatory Affairs ("LARA"), **Rabih Hamdan** has been the Resident Agent for Medex since the pharmacy was organized on January 20, 2011. Mohammad Hamdan, **Rabih Hamdan's** brother, was listed as the designated responsible pharmacist on Medex's application for pharmacy license dated in August 2011.  On January 28, 2026, Mohammad Hamdan was charged in the Eastern District of Michigan with violating 18 U.S.C. § 1349 (Case: 5:26−cr−20040).

10.     According to LARA's most recent annual filing for Medex, the pharmacy was located at 13530 Michigan Avenue, Suite 180, Dearborn, MI 48126. According to documents on file with insurance companies, since at least August

2017, R.B. (Co-conspirator 1 ("CC-1")) was the pharmacist-in-charge ("PIC") for Medex. Witness interviews also confirmed CC-1 was the PIC at Medex during the relevant period.

## THE MEDICARE AND MEDICAID PROGRAMS

11.    The Medicare Program ("Medicare") is a federally funded health care program providing benefits to persons who are sixty-five years of age or older or disabled. Medicare is administered by the Centers for Medicare and Medicaid Services ("CMS"), a federal agency within HHS. Individuals who receive Medicare benefits are Medicare "beneficiaries."

12.    Medicare is a "health care benefit program," as defined by 18 U.S.C. § 24(b). Medicare has four parts: hospital insurance (Part A), medical insurance (Part B), Medicare Advantage (Part C), and prescription drug benefits (Part D). Medicare Part D subsidized the cost of prescription drugs for Medicare beneficiaries in the United States. Generally, Medicare Part D covers part or all of the costs of prescription drugs properly dispensed to a Medicare beneficiary if, among other requirements, the prescription drugs were medically necessary and ordered by a physician. This investigation involves Medicare Part D, prescription drug benefits, and prescriptions paid for by Medicaid.

13.    A pharmacy can participate in Medicare Part D by entering into a retail network agreement directly with a plan or with one or more Pharmacy Benefit

Managers ("PBMs") or Pharmacy Services Administrative Organizations ("PSAOs"). The PBMs and PSAOs act on behalf of one or more Medicare drug plans. Through a plan's PBM, a pharmacy can join the plan's network. When a Medicare Part D beneficiary presents a prescription to a pharmacy, the pharmacy submits a claim either directly to the plan or to a PBM that represents the beneficiary's Medicare drug plan. The plan or PBM determines whether the pharmacy is entitled to payment for each claim and periodically pays the pharmacy for outstanding claims. The drug plan's sponsor reimburses the PBM for its payments to the pharmacy.

14.     CVS Caremark, OptumRx, and Express Scripts are three examples of PBMs. CVS Caremark processes and adjudicates claims electronically in Arizona. OptumRx and Express Scripts each processes and pays claims via interstate wire.

15.     Medicare, through CMS, compensates the Medicare drug plan sponsors and pays the sponsors a monthly fee for each Medicare beneficiary of the sponsors' plans.

16.     Enrolled Medicare providers agree to abide by the policies and procedures, rules, and regulations governing reimbursement. Medicare providers agree to comply with all Medicare-related policies and procedures including a certification to not knowingly submit or cause to be submitted false and fraudulent claims. To receive Medicare funds, enrolled providers, together with their authorized

agents, employees, and contractors, are required to abide by all the provisions of the Social Security Act, the regulations promulgated under the Act, and applicable policies and procedures, rules, and regulations, issued by CMS and its authorized agents and contractors.

17.     Qlarant is the Medicare Part C and Part D program integrity contractor for CMS under the Medicare Drug Integrity Contract. The purpose of Qlarant is to detect, prevent, and investigate allegations of fraud, waste, and abuse in the Part C (Medicare Advantage Organizations) and Part D (Prescription Drug Coverage) programs on a national level.

18.     The Michigan Medicaid Program ("Medicaid") is a federal and state funded health care program providing benefits to individuals and families who meet 11 specified financial and other eligibility requirements, and certain other individuals who lack adequate resources to pay for medical care. CMS is responsible for overseeing the Medicaid program in participating states, including Michigan. Individuals who receive benefits under the Medicaid program are referred to as "beneficiaries."

19.     Medicaid covers the costs of medical services and products ranging from routine preventive medical care for children to institutional care for the elderly and disabled. Among the specific medical services and products provided by Medicaid are reimbursements to pharmacies for properly dispensed prescription

drugs. Generally, Medicaid covers these costs if, among other requirements, they are medically necessary and legitimately ordered by a physician.

20.    Medex was enrolled as a pharmaceutical provider with Medicaid and/or Medicare Part D Plan Sponsors. An enrolled provider is permitted to submit claims to Medicaid and Medicare Part D Plan Sponsors for payment.

21.    Medex electronically submitted health care claims to PBMs and PSAOs containing, among other data, patient identifying information, drug names, and the quantities purportedly dispensed. Medicare and Medicaid's reimbursement for these claims were sent by PBMs and PSAOs to the pharmacy's bank account via electronic funds transfer.

## BLUE CROSS BLUE SHIELD OF MICHIGAN

22.    Blue Cross Blue Shield ("BCBS") is a nonprofit, privately operated insurance company authorized and licensed to do business in the state of Michigan. BCBS provides health care benefits, including prescription drug benefits, to member entities and individuals.  Individuals insured by BCBS were referred to as BCBS "members."

23.    BCBS has agreements with participating providers, including pharmacies, to furnish medical services to BCBS members.

24.    BCBS is a "health care benefit program," as defined by Title 18, United States Code, Section 24(b).

8

### *Probable Cause*
### State of Michigan Investigation

25.     On June 30, 2024, the State of Michigan's HHS-OIG ("MDHHS-OIG")
received an anonymous, emailed complaint alleging that **Rabih Hamdan** and
Mohammad Hamdan, who were brothers, engaged in health care fraud using various
pharmacies called Medex, Prime Pharmacy and Corner Med Pharmacy. The
complaint alleged "fictitious prescriptions" were billed and a "runner" was used to
pay beneficiaries $500 per month, which allowed the billing of fraudulent claims to
Medicare, Medicaid, and private insurance for "Medications that were never
dispensed or ordered from any wholesalers." MDHHS-OIG initiated invoice review
audits of all three pharmacies, identifying significant Medicaid overpayments based
on drug invoice shortages. Essentially, the pharmacies did not have enough drug
purchases to support their billing to the Medicaid program. Prime Pharmacy and
Corner Med Pharmacy were Mohammad Hamdan's pharmacies and the basis for the
charges filed January 28, 2026 in Case: 5:26−cr−20040. In that case, Mohammad
Hamdan was charged via criminal information with conspiracy to commit health
care fraud, based largely on his alleged practice of billing insurers for medications
the pharmacies never ordered.

### Federal Investigation

26.   In June 2025, after receiving a referral from MDHHS-OIG, I initiated a criminal investigation into **Rabih Hamdan**.  I ran this investigation jointly with the U.S. Department of Health and Human Services ("HHS"), Office of Inspector General ("OIG"). As part of my investigation, audit records from MDHHS-OIG were obtained, which included drug invoice data from pharmaceutical wholesalers used by Medex during the invoice review period January 3, 2019, through June 28, 2024. The wholesaler records, as well as Michigan Medicaid claims data, were furnished to Qlarant for the purposes of conducting an invoice review.

27.   According to the claims data, Medex received approximately $4.6 million from Medicare and Medicaid in reimbursements for pharmacy claims between January 3, 2019, and June 28, 2024, the same time frame as the requested Qlarant invoice review period. Qlarant compared the pharmacy's Medicare and Medicaid claims data to the drug purchase histories.  This review included all drugs billed by the pharmacies during specific periods.

28.   Qlarant's comparison determined the pharmacy's submitted claims to federal health care programs in quantities that substantially exceeded the amount the pharmacies actually purchased from pharmaceutical wholesalers. In fact, the total drug invoice shortage to Medicare and Medicaid was $1,887,439.28.

29.   On July 30, 2025, based on the Medicare and Medicaid shortage medications identified by Qlarant, BCBS provided a financial impact statement

indicating that BCBS paid approximately $96,723.77 in claims submitted by Medex for those same shortage medications over the same period as Qlarant's analysis.

## Witness Interviews

30.     During my investigation, I interviewed witnesses and reviewed documents that confirmed **Rabih Hamdan's** role as the owner of Medex and CC-1's role as the PIC.

### *Pharmacy Technician H.H.*

31.     H.H. was a pharmacy technician employed by Medex from November 2023 until it closed.  H.H. stated **Rabih Hamdan** was the pharmacy owner and CC-1 was the PIC.  H.H. was shown a list of medications with significant drug invoice shortages found by Qlarant.  For multiple medications on the list, H.H. stated they were not on the shelves at Medex when s/he worked there.

### *Pharmacy Technician R.A.*

32.     R.A. was a pharmacy technician employed by Medex from October 2022 until it closed.  R.A. stated **Rabih Hamdan** was the pharmacy owner and CC-1 was the PIC.  R.A. added that **Rabih Hamdan** and CC-1 were friends with each other and that their (**Rabih Hamdan** and CC-1) families were also friends.  Medex had an "I owe you" basket, which contained prescription labels for medication Medex did not have in its inventory or have enough of at the time the claim was billed to insurance.  CC-1 was responsible for ordering the medication or reversing

the claim if the prescriptions were not ultimately dispensed. Agents asked R.A. whether three medications, which had significant drug invoice shortages found by Qlarant, were kept in stock by Medex, and R.A. stated they were not on the shelves at Medex when s/he worked there.

33.     R.A. advised that during the audit, CC-1 and **Rabih Hamdan** were always talking on the phone. CC-1 talked to **Rabih Hamdan** privately and moved away from R.A. when they spoke during the audit. CC-1 told R.A. that Medex was going to move to another location; however, that turned out not to be true and the pharmacy closed. R.A. stated Medex closed fast and moved out in one day.

### *Medicare Beneficiary V.P.*

34.     On November 20, 2025, I interviewed Medicare beneficiary V.P. who used Medex to fill her prescriptions since approximately 2015 or 2016. V.P. reviewed photographs of **Rabih Hamdan** and CC-1. V.P. recognized CC-1 as the Medex pharmacist and **Rabih Hamdan** as somebody CC-1 told him/her was CC-1's brother.

35.     V.P. stated that by 2020, s/he started noticing medication was missing from his/her prescriptions and said his/her medications were often short. When V.P. complained about the missing medication to CC-1, s/he told V.P. s/he would make it up to V.P. the next month; however, CC-1 never did. When V.P. began checking his/her bag of medications before leaving Medex, a younger man (unidentified) told

V.P. to stop looking through his/her bag and use a different pharmacy if s/he did not like Medex.

36.     I asked V.P. about claims submitted to Medicare by Medex for medications (*i.e.*, Restasis and Tradjenta) purportedly dispensed to V.P. by Medex. I first asked V.P. about Restasis, which V.P. said was prescribed after having eye surgery.  V.P. was supposed to get Restasis from Medex, but CC-1 told him/her that his/her insurance did not cover Restasis.  Instead, CC-1 gave V.P. an over-the-counter product that did not work.  I reviewed Medex's Medicare claims for V.P., which showed 25 claims for Restasis between December 2020 through October 2022, totaling $16,584.51 in paid claims.

37.     I also asked V.P. about Tradjenta, which V.P identified as a medication s/he took to treat V.P.'s diabetes after V.P.'s blood sugar was high. V.P. did a three to six-month trial of Tradjenta, but s/he stopped using it because it did not work. V.P. advised that s/he would have gotten this product six times at the most from Medex. I reviewed Medex's Medicare claims for V.P. which showed 52 claims for Tradjenta between January 2019 through October 2022, totaling $25,800.87 in paid claims.

### *Review of Financial Records*

38.     As part of this investigation, I obtained and reviewed financial records relative to allegations of violations of federal law by **Rabih Hamdan** and others,

including those with ownership and/or control over Medex Pharmacy. The accounts, which were owned and/or controlled by **Rabih Hamdan**, received fraudulently obtained Medicare and Medicaid funds. **Rabih Hamdan** was the sole signatory on the account.

## **CONCLUSION**

39.    Based on the foregoing information, I believe probable cause exists for a criminal complaint for **Rabih Hamdan** for health care fraud conspiracy, in violation of Title 18, United States Code, Section 1349.

Special Agent Claudia Link
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

The Honorable David R. Grand
United States Magistrate Judge

Dated:    February 5, 2026

14