UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RABIH HAMDAN,

        Defendant.

Case No. 2:26-cr-20065
Hon. Matthew F. Leitman

---

## ORDER OF FORFEITURE

---

Based on defendant Rabih Hamdan's ("defendant") guilty plea to Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 1349 (Count One), the Rule 11, the Government's application for Entry of Order of Forfeiture, all information contained in the record, and pursuant to 18 U.S.C. § 982(a)(7), 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The defendant shall forfeit to the United States his interest in any property, real or personal, which constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense as charged in Count One of the Information, a violation of 18 U.S.C. §1349.

2.  A forfeiture money judgment in the amount of **$1,984,163.05**, is granted and entered against the defendant in favor of the United States of America which represents the value of the property subject to forfeiture for his violation in Count One as charged in the Information.

3.  To satisfy the money judgment, any assets that the defendant has now, or may later acquire, may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2). The United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets under Federal Rule of Criminal Procedure 32.2(b)(3).

4.  This Order of Forfeiture shall become final at sentencing and entry of the forfeiture money judgment shall be made part of the defendant's sentence and included in the Judgment and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

5.  The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

   **IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 20, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3